**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7464**

---

ELWOOD GREGORY,

        Plaintiff - Appellant,

    v.

BLAKENSHIP, Nurse S-3 Medical,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:22-cv-00420-MSD-RJK)

---

Submitted:  May 18, 2023                                    Decided:  May 23, 2023

---

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Elwood Gregory, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elwood Gregory appeals the district court's order dismissing without prejudice his civil rights action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gregory's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the dismissal was without prejudice, we conclude that the district court's order is final and appealable because the court dismissed the complaint "for procedural reasons unrelated to the contents of the pleadings." *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624 (4th Cir. 2015), *abrogated in part on other grounds by Bing v. Brivo Sys., LLC*, 959 F.3d 605, 611-12 (4th Cir. 2020).